# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| LIBBY DEREECE MYERS, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00655-RLV-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN COLVIN, ACTING COMMISSIONER OF SOCIAL SERCURITY, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 30, 2016 Order.

Signed: March 30, 2016

Frank G. Johns, Clerk
United States District Court